IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LISA J. ADCOCK; SHARON RAINS;
AND TERESA THORNTON                                                             PLAINTIFFS

VS.                                           CASE NO. 4:10-cv-4171

DOMTAR INDUSTRIES, INC.                                                         DEFENDANT

## JUDGMENT

Before the Court is a Second Motion for Summary Judgment filed on behalf of Defendant Domtar Industries, Inc. ("Domtar").  (ECF No. 64).  Plaintiffs have filed a response.  (ECF No. 66), and Domtar has replied.  (ECF No. 69).  The Court finds this matter ripe for consideration.

For the reasons discussed in the Memorandum Opinion of even date, the Court finds that Defendant Domtar's Second Motion for Summary Judgment should be and hereby is **GRANTED**.  Plaintiffs Lisa Adcock and Teresa Thornton's ADA claims are **DISMISSED WITH PREJUDICE**.  Plaintiffs Lisa Adcock, Sharon Rains, and Teresa Thornton's FMLA claims are **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, on this 16th day of October, 2012.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge